**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC., *Plaintiff*,

v.                                                                                              C.A. No. _____

QUINN FAMILY FARMS,
*Defendant*.

## COMPLAINT

**I.      JURISDICTION AND VENUE**

1.      Plaintiff Adlife Marketing and Communications, Co., Inc., is a Rhode Island company with a principal place of business at 38 Church St., Pawtucket, Rhode Island.

2.      Defendant Quinn Family Farms ("Quinn") is a company with a principal place of business located at 305 Rock Creek Drive South, Jacksonville, North Carolina 28540.

3.      This Court has subject matter jurisdiction over this suit under the provisions of 28 U.S.C. §§ 1338(a) because this is a civil action arising under an Act of Congress relating to copyrights.

4.      This Court has personal jurisdiction over Quinn because it committed the acts and omission of copyright infringement in Massachusetts and purposely availed itself of the forum district.  Quinn solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

5.      Venue lies properly within this Court under 28 U.S.C. § 1391(b)(2) because this is a district in which the Defendant is doing business with Plaintiff's photograph via the Internet. Specifically, Quinn solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

## COUNT ONE
COPYRIGHT INFRINGEMENT

6. Adlife repeats and incorporates by reference all allegations above and below as if restated here in full.

7. Adlife owns the photo attached as Exhibit 1 hereto ("Photo").

8. The Photo has United States copyright registration number: VA0002012581 issued on August 5, 2016.

9. No later than July, 2016, Quinn took the Photo from Adlife and posted it on Quinn's website http://www.quinnfamilyfarm.com.

10. Quinn posted the Photo on the following webpage within Quinn's website: http://www.quinnfamilyfarm.com/the-beef/.

11. Quinn took and used Adlife's Photo without Adlife's knowledge or permission.

12. Quinn used the Photo to solicit business and orders in Massachusetts.

13. Upon information and belief, Quinn's use of the Photo helped Quinn secure orders from Massachusetts and Quinn actually secured orders from Massachusetts after Quinn took and started using the Photo.

14. Quinn's unauthorized use of the Photo constitutes copyright infringement in violation of 17 U.S.C. sec. 501 et seq., entitling Adlife to damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Adlife Marketing and Communications, Co., Inc., respectfully prays as follows:

    A.    That Defendant be summoned to appear and answer this Complaint;

B.      That this Honorable Court enter judgment in favor of Adlife and against Defendant;

C.      That this Honorable Court award Adlife actual damages;

D.      That this Honorable Court award Adlife consequential damages

E.      That this Honorable Court award Adlife liquidated damages;

F.      That this Honorable Court award Adlife its attorneys' fees, costs, pre-judgment interest; and

G.      For such other and further relief as this Court deems necessary, just and proper.

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC.,
By Its Attorney,


/s/ Chip Muller
Chip Muller, Esq. (BBO # 672100)
Muller Law, LLC
155 South Main Street, Suite 101
Providence, RI 02903
(401) 256-5171 (ph.)
(401) 256-5025 (fax)
chip@mullerlaw.com

September 7, 2016


Plaintiff Adlife Marketing & Communications, Co., Inc., by and through its attorneys, demands a TRIAL BY JURY on all counts so triable.


/s/  Chip Muller

Chip Muller, Esq. (BBO # 672100)